**SHA-1 Hash:** C9255BEF6851F39C0879F3C65DC851CE9ADCA38F     **Title:**   Like The First Time
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.7.174.249 | 3/15/2012 20:33 | Escondido | CA | Cox Communications | BitTorrent |
| 2 | 68.8.110.212 | 3/2/2012 20:37 | San Diego | CA | Cox Communications | BitTorrent |
| 3 | 68.8.202.155 | 3/1/2012 20:05 | San Diego | CA | Cox Communications | BitTorrent |
| 4 | 68.8.238.59 | 4/6/2012 14:47 | Encinitas | CA | Cox Communications | BitTorrent |
| 5 | 72.197.23.118 | 4/1/2012 18:52 | Chula Vista | CA | Cox Communications | BitTorrent |
| 6 | 72.207.30.3 | 4/12/2012 2:06 | San Diego | CA | Cox Communications | BitTorrent |
| 7 | 72.220.136.169 | 3/4/2012 5:16 | National City | CA | Cox Communications | BitTorrent |
| 8 | 72.220.210.68 | 3/26/2012 7:19 | La Mesa | CA | Cox Communications | BitTorrent |
| 9 | 98.176.12.201 | 3/28/2012 11:30 | El Cajon | CA | Cox Communications | BitTorrent |
| 10 | 98.176.243.73 | 4/1/2012 5:02 | Oceanside | CA | Cox Communications | BitTorrent |
| 11 | 98.176.92.35 | 3/29/2012 3:47 | Escondido | CA | Cox Communications | BitTorrent |

EXHIBIT A

SCA16